JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE SANDOVAL, an individual, | Case No. CV 11-4255 DMG (JCGx) |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| MERCEDES-BENZ USA, LLC., a Delaware corporation, and DOES 1-100, inclusive, | |
| Defendants. | |

1  This action came on regularly for trial on September 11-18, 2012 in Courtroom 7 of the United States District Court for the Central District of California, District Judge Dolly M. Gee presiding.  Plaintiff, Jose Sandoval, was represented by Arthur Kim of the Law Offices of Arthur Kim.  Defendant, Mercedes-Benz USA, LLC., was represented by Robert Jon Hendricks and Larry M. Lawrence of Morgan, Lewis & Bockius, LLP.

A jury was empanelled and sworn.  After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the cause was submitted to the jury.  The jury deliberated and thereafter returned its verdict in favor of Mercedes-Benz USA, LLC.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED THAT:**

By reason of said verdict, judgment is entered in favor of Defendant Mercedes-Benz USA, LLC. and against Plaintiff Jose Sandoval.  As the prevailing party, Defendant Mercedes-Benz USA, LLC shall be entitled to recover its reasonable costs of suit.

Dated:   October 4, 2012

_____
DOLLY M. GEE
United States District Judge